# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHEET METAL WORKERS LOCAL
 UNION NO. 224, et al.,

       Plaintiffs,           :        Case No. 3:11-cv-045

                                        District Judge Walter Herbert Rice
      -vs-                               Magistrate Judge Michael R. Merz

                              :

COMMERCIAL INDUSTRIAL
 SERVICES,

       Defendant.

## ORDER

On Plaintiffs' Motion (Doc. No. 12), the Court set this matter for a judgment debtor examination on September 7, 2011.  Defendant failed to appear and the Court advised counsel of the possibility of proceeding in contempt.

As of the date of this Order, no further action has been taken by Plaintiffs.  Their counsel is therefore ORDERED to advise Judicial Assistant Kelly Kopf not later than January 10, 2012, whether they intend to proceed or whether the matter has become moot.

January 2, 2012.

                                                           s/ **Michael R. Merz**
                                                        United States Magistrate Judge